| UNITED STATES BANKRUPTCY COURT NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) Goldman & Beslow, LLC 7 Glenwood Avenue Suite 311B East Orange, NJ 07017 973-677-9000  Fax: 973-675-5886 yrodriguez@goldmanlaw.org David Beslow, Esq. 5300 | | |
| In Re: Jacqueline Staton-Johnson                              Debtor(s) | Case No.: Judge: Chapter: | 19-22576 13 |

**Recommended Local Form:**    ☑ Followed    ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, __Jacqueline Staton-Johnson__, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on __September 4, 2019__.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I hereby certify under penalty of perjury that the foregoing is true and correct..

DATED _____

_/s/ Jacqueline Staton-Johnson_
Jacqueline Staton-Johnson