Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22576−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Staton−Johnson
   aka Jacqueline Staton, aka Jacqueline
   Johnson
   9 Cator Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−7835

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      10/16/19
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
$1,182.75

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 16, 2019
JAN:

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22576-RG
Jacqueline Staton-Johnson                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2            Date Rcvd: Sep 16, 2019
                             Form ID: 137           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
```
db          +Jacqueline Staton-Johnson,    9 Cator Avenue,    Jersey City, NJ 07305-4739
cr          +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
              Lawrenceville, NJ 08648-2316
518320246   +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
518320245   +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518320243   +Barclays Bank c/o,    Forster Garbus & Garbus,    500 Bi County Blvd., Ste. 350,
              Farmingdale, NY 11735-3996
518320244   +Barclays Bank c/o,    Forster Garbus & Garbus,    7 Banta Place,    Hackensack, NJ 07601-5604
518320250   +Capital One / Saks F,    3455 Highway 80 W,    Jackson, MS 39209-7202
518320265   +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
              Mason, OH 45040-8999
518320266   +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518320267    Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
518320268   +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
518320270   +Experian,   P.O. Box 4500,    Allen, TX 75013-1311
518320269   +Experian,   P.O. Box 2002,    Allen, TX 75013-2002
518320272   +MTGLQ Investors LP c/o,    Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,   Ste. 900,
              Mount Laurel, NJ 08054-4318
518440254   +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
518320274   +Navient,   Po Box 3229,    Wilmington, DE 19804-0229
518320275   +Slomin's,   125 Louman Lane,    Hicksville, NY 11801-6539
518320276   +Slomin's Shield c/o,    Pressler, Felt & Warshaw, LLP,    7 Entin Road,
              Parsippany, NJ 07054-5020
518320277   +Specialized Loan Servicing,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
518320278   +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
              Trenton, NJ 08602-0269
518320279   +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
518420095   +Steward Financial Services,    Attn: Jennifer D. Gould, Esq.,    Stark & Stark, P.C.,
              P.O. Box 5315,    Princeton, NJ 08543-5315
518320284    TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
518320285   +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 00:15:58      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 00:15:55      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518320241   +E-mail/Text: backoffice@affirm.com Sep 17 2019 00:16:42      Affirm Inc,
              650 California St Fl 12,    San Francisco, CA 94108-2716
518320239   +E-mail/Text: backoffice@affirm.com Sep 17 2019 00:16:42      Affirm Inc,    Affirm Incorporated,
              Po Box 720,    San Francisco, CA 94104-0720
518320248    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 00:18:04      Capital One,
              15000 Capital One Dr,    Richmond, VA 23238
518320247   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 00:18:04      Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518320249   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 00:18:33      Capital One / Saks F,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518392330   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2019 00:18:16
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518444248   +E-mail/Text: bncmail@w-legal.com Sep 17 2019 00:16:04      CarePoint Health - Physcan CHMG,
              C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518444289   +E-mail/Text: bncmail@w-legal.com Sep 17 2019 00:16:04      CarePoint Health - Physcan GSHA,
              C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518320251   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2019 00:15:36
              Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518320252   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2019 00:15:36
              Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
518320253    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2019 00:15:36      Comenitybank/New York,
              Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
518320254   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2019 00:15:36      Comenitybank/New York,
              Po Box 182789,    Columbus, OH 43218-2789
518320260   +E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 00:16:00
              Department of Education/Nelnet,    Po Box 82561,    Lincoln, NE 68501-2561
518320255   +E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 00:16:00
              Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518320271    E-mail/Text: cio.bncmail@irs.gov Sep 17 2019 00:15:15      Internal Revenue Service,
              P.O. Box 21126,    Philadelphia, PA 19114-0326
518320273   +E-mail/PDF: pa_dc_claims@navient.com Sep 17 2019 00:19:16      Navient,    Attn: Bankruptcy,
              Po Box 9000,    Wiles-Barr, PA 18773-9000
518444970    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 00:18:07
              Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Sep 16, 2019
                              Form ID: 137             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518444217         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 00:29:59
                   Portfolio Recovery Associates, LLC,    c/o Saks Fifth Avenue,    POB 41067,    Norfolk VA 23541
518407745         E-mail/Text: ebn_bkrt_forms@salliemae.com Sep 17 2019 00:16:22       Sallie Mae,    P.O. Box 3319,
                   Wilmington, DE 19804-4319
518320280        +E-mail/Text: BKRMailOPS@weltman.com Sep 17 2019 00:15:28        Sterling Jewelers, Inc.,
                   375 Ghent Rd,    Akron, OH 44333-4600
518320281        +E-mail/Text: jchrist@stewardfs.com Sep 17 2019 00:16:02        Steward Financial Svcs,    Po Box 39,
                   Maple Shade, NJ 08052-0039
518320282        +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 00:18:28        Synchrony Bank/TJX,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518320283        +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2019 00:18:26        Synchrony Bank/TJX,
                   Po Box 965015,    Orlando, FL 32896-5015
518345561        +E-mail/Text: electronicbkydocs@nelnet.net Sep 17 2019 00:16:00
                   U.S. Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                   Lincoln, NE 68508-1911
518320287        +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 17 2019 00:15:56
                   Westlake Financial Services,    4751 Wilshire Bvld,    Los Angeles, CA 90010-3847
518320286        +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 17 2019 00:15:56
                   Westlake Financial Services,    Attn: Bankruptcy,    Po Box 76809,    Los Angeles, CA 90076-0809
                                                                                               TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518320242*       +Affirm Inc,    650 California St Fl 12,    San Francisco, CA 94108-2716
518320240*       +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
518320261*       +Department of Education/Nelnet,    Po Box 82561,    Lincoln, NE 68501-2561
518320262*       +Department of Education/Nelnet,    Po Box 82561,    Lincoln, NE 68501-2561
518320263*       +Department of Education/Nelnet,    Po Box 82561,    Lincoln, NE 68501-2561
518320264*       +Department of Education/Nelnet,    Po Box 82561,    Lincoln, NE 68501-2561
518320256*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518320257*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518320258*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518320259*       +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
                                                                                    TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
```
              Clifford B. Frish    on behalf of Debtor Jacqueline  Staton-Johnson yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              David G. Beslow    on behalf of Debtor Jacqueline  Staton-Johnson yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Jennifer D. Gould    on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Kevin Gordon McDonald    on behalf of Creditor   MTGLQ Investors L.P. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Jacqueline  Staton-Johnson yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```