Certificate Number: 14912-NJ-DE-033510225

Bankruptcy Case Number: 19-22576



14912-NJ-DE-033510225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2019, at 11:04 o'clock AM EDT, Jacqueline Staton completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 5, 2019               By:    /s/Jai Bhatt

                                      Name:  Jai Bhatt

                                      Title: Counselor