Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−22576−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline Staton−Johnson
   aka Jacqueline Staton, aka Jacqueline
   Johnson
   9 Cator Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−7835

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/20/19 at 10:00 AM

to consider and act upon the following:

*29* − Certification in Opposition to (related document:25 Certification of Default of Standing Trustee. re: Fail to Provide Pay Stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/15/2019. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Jacqueline Staton−Johnson. (Beslow, David)

Dated: 10/15/19

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jacqueline Staton-Johnson  
    Debtor

Case No. 19-22576-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 16, 2019  
                 Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.  
db          +Jacqueline Staton-Johnson,    9 Cator Avenue,    Jersey City, NJ 07305-4739  
cr          +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,     
              Lawrenceville, NJ 08648-2316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:  
         Clifford B. Frish    on behalf of Debtor Jacqueline   Staton-Johnson yrodriguez@goldmanlaw.org,  
          cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         David G. Beslow    on behalf of Debtor Jacqueline   Staton-Johnson yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,  
          mdepietro@stark-stark.com  
         Kevin Gordon McDonald    on behalf of Creditor    MTGLQ Investors L.P. kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Marie-Ann   Greenberg    magecf@magtrustee.com  
         Mark   Goldman    on behalf of Debtor Jacqueline   Staton-Johnson yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                     TOTAL: 7