UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on October 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | |
|---|---|
| JACQUELINE STATON-JOHNSON | Case No:   19-22576/RG |
| Debtor (s) | Chapter 13 |
| | Judge: |
| | Hg. Date:   10/16/2019 |

### FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)

The relief set forth on the following page number two (2) is hereby ORDERED.

DATED: October 21, 2019

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): Jacqueline Staton-Johnson
Chapter 13 Case#: 19-22576/RG
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Mark Goldman, Esq., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors is hereby allowed the sum of $ 3541.75 as his fee and $ 486.00 for costs and expenses of which $ 2845.00 has already been received by said attorney and of which the balance of $ 1182.75 shall be paid by the Chapter 13 Standing Trustee to said attorney through the debtor(s) plan or in the event of dismissal directly to debtor's counsel and it is further

ORDERED that the monthly payments in the plan is hereby not increased based on the aforesaid fee as the attorneys fees will be calculated into the plan payment at confirmation.

11