| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>David G. Beslow, Esq., #DGB-5300<br><br>In Re:<br><br>JACQUELINE STATON-JOHNSON | Case No.: 19-22576<br><br>Chapter: 13<br><br>Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: Click or tap here to enter text.<br><br>Judge: Hon. Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1. I, Melanie Emanuele:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for David G. Beslow, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On January 9, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    -Order Respecting Request for Extension of Loss Mitigation Period
    -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/9/20

/s/ Melanie Emanuele
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann Greenberg, Esq., Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronically Mailed<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Specialized Loan Servicing<br>8742 Lucent Boulevard, Suite 300<br>Highlands Ranch, CO 80129<br>**ATTN: TO AN OFFICER, MANAGING OR GENERAL AGENT OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS** | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pluese Becker & Saltzman<br>20000 Horizon Way, Suite 900<br>Mt. Laurel, NJ 07054 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jacqueline Staton-Johnson<br>9 Cator Avenue<br>Jersey City, NJ 07305 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of The United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |