GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-22576

Re:   JACQUELINE STATON-JOHNSON          Atty:  GOLDMAN & BESLOW, LLC
      9 CATOR AVENUE                            ATTORNEYS AT LAW
      JERSEY CITY,  NJ  07305                   7 GLENWOOD AVE, SUITE 311B
                                                EAST ORANGE, NJ  07017

## RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/07/2019 | $1,000.00 | 26077663326 | 08/07/2019 | $901.00 | 26077663337 |
| 09/16/2019 | $1,000.00 | 26061473801 | 09/16/2019 | $900.00 | 26061473812 |
| 10/09/2019 | $900.00 | 26084420673 | 10/09/2019 | $1,000.00 | 26084420662 |
| 11/20/2019 | $1,000.00 | 26139916697 | 11/20/2019 | $900.00 | 26139916708 |
| 12/24/2019 | $934.00 | 26437556237 | 12/24/2019 | $1,000.00 | 26437556226 |

**Total Receipts: $9,535.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,535.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MTGLQ INVESTORS LP | 12/16/2019 | $1,800.68 | 839,114 | 01/13/2020 | $1,832.90 | 840,991 |
| SPECIALIZED LOAN SERVICING LLC | 09/16/2019 | $1,824.44 | 833,943 | 10/21/2019 | $688.55 | 836,005 |
|  | 11/18/2019 | $1,800.68 | 838,051 |  |  |  |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 402.71 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,182.75 | 100.00% | 1,182.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,061.99 | 100.00% | 0.00 | 6,061.99 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,453.13 | 100.00% | 0.00 | 3,453.13 |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 128.47 | 100.00% | 0.00 | 128.47 |
| 0011 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | SLOMIN'S | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | MTGLQ INVESTORS LP | MORTGAGE ARR | 68,996.22 | 100.00% | 7,947.25 | 61,048.97 |

**Chapter 13 Case # 19-22576**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0030 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | STEWARDS FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 19.84 | 100.00% | 0.00 | 19.84 |
| 0040 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | AFFIRM INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0047 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0048 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 252.00 | 100.00% | 0.00 | 252.00 |
| 0049 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 287.00 | 100.00% | 0.00 | 287.00 |
| 0050 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 193.00 | 100.00% | 0.00 | 193.00 |
| 0051 | CAREPOINT HEALTH PHYSICAN GSHA | UNSECURED | 409.00 | 100.00% | 0.00 | 409.00 |

**Total Paid:  $9,532.71**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $9,535.00      -      Paid to Claims: $7,947.25      -      Admin Costs Paid: $1,585.46      =      Funds on Hand: $2.29

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.