| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**GOLDMAN & BESLOW, LLC**<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>David G. Beslow, Esq.  #DGB-5300<br>Attorneys for Debtor(s) | Order Filed on March 30, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JACQUELINE STATON-JOHNSON | Case No.: 19-25576<br>Chapter: 13<br>Judge: RG |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 30, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  July 22, 2019             :

Property:       9 Cator Avenue, Jersey City, New Jersey 07305

Creditor:       Specialized Loan Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the debtor            , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  June 30, 2020           .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19