| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorneys for Debtor(s) | Order Filed on July 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>JACQUELINE STATON-JOHNSON | Case No.: 19-22576<br>Chapter: 13<br>Judge: RG |

### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 6, 2020

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on <u>July 22, 2019</u>:

Property:       <u>9 Cator Avenue, Jersey City, New Jersey 07305</u>

Creditor:       <u>Specialized Loan Servicing</u>

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by <u>the debtor</u>, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including <u>August 31, 2020</u>.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jacqueline Staton-Johnson  
    Debtor

Case No. 19-22576-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 06, 2020  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.  
db         +Jacqueline Staton-Johnson,   9 Cator Avenue,    Jersey City, NJ 07305-4739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:

        Clifford B. Frish     on behalf of Debtor Jacqueline  Staton-Johnson yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        David G. Beslow     on behalf of Debtor Jacqueline  Staton-Johnson yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Jennifer D. Gould     on behalf of Creditor   Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com  
        Kevin Gordon McDonald     on behalf of Creditor    MTGLQ Investors L.P. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann  Greenberg     magecf@magtrustee.com  
        Mark  Goldman     on behalf of Debtor Jacqueline  Staton-Johnson yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                TOTAL: 7