**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                       CASE NO.: 19-22576-RG
                                                                    CHAPTER 13

**Jacqueline Staton-Johnson**
*aka* **Jacqueline Staton**
*aka* **Jacqueline Johnson,**
   **Debtor.**

_____/

**REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of MTGLQ INVESTORS, L.P. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                       Robertson, Anschutz, Schneid & Crane LLC
                                       Authorized Agent for Secured Creditor
                                       10700 Abbott's Bridge Road, Suite 170
                                       Duluth, GA 30097
                                       Local Telephone: 973-575-0707
                                       By: /s/Shauna Deluca
                                       Shauna Deluca
                                       Email: sdeluca@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JACQUELINE STATON-JOHNSON
9 CATOR AVENUE
JERSEY CITY, NJ 07305

And via electronic mail to:

DAVID G. BESLOW
GOLDMAN & BESLOW, LLC
7 GLENWOOD AVENUE
SUITE 311B
EAST ORANGE, NJ 07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/Michael Pezzuto
Michael Pezzuto
Email: mpezzuto@rasflaw.com