UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

---

**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s)

In Re:
JACQUELINE STATON-JOHNSON

Case No.: 19-22576
Chapter: 13
Judge: RG

Order Filed on January 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** January 7, 2021

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on July 22, 2019            :

Property:      9 Cator Avenue, Jersey City, New Jersey 07305

Creditor:      Shellpoint Mortgage Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor           , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by           , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including February 28, 2021           .

☐ The Loss Mitigation Period is terminated, effective           .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*