GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

Re:  JACQUELINE STATON-JOHNSON    Atty:  GOLDMAN & BESLOW, LLC
9 CATOR AVENUE    ATTORNEYS AT LAW
JERSEY CITY,  NJ  07305    7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 19-22576

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/07/2019 | $1,000.00 | 26077663326 | 08/07/2019 | $901.00 | 26077663337 |
| 09/16/2019 | $1,000.00 | 26061473801 | 09/16/2019 | $900.00 | 26061473812 |
| 10/09/2019 | $900.00 | 26084420673 | 10/09/2019 | $1,000.00 | 26084420662 |
| 11/20/2019 | $1,000.00 | 26139916697 | 11/20/2019 | $900.00 | 26139916708 |
| 12/24/2019 | $934.00 | 26437556237 | 12/24/2019 | $1,000.00 | 26437556226 |
| 02/05/2020 | $1,000.00 | 26139969516 | 02/05/2020 | $934.00 | 26139969527 |
| 03/06/2020 | $1,000.00 | 26448685514 | 03/06/2020 | $934.00 | 26448685525 |
| 04/14/2020 | $1,000.00 | 26470922354 | 04/14/2020 | $934.00 | 26470922365 |
| 05/19/2020 | $934.00 | 26470954438 | 05/19/2020 | $1,000.00 | 26470954427 |
| 05/20/2020 | $1,000.00 | 26553198622 | 05/20/2020 | $934.00 | 26553198633 |
| 06/15/2020 | $934.00 | 26553173657 | 06/15/2020 | $1,000.00 | 26553173646 |
| 07/24/2020 | $1,000.00 | 26470958894 | 07/24/2020 | $934.00 | 26470958905 |
| 08/28/2020 | $934.00 | 26951000624 | 08/28/2020 | $1,000.00 | 26951000635 |
| 10/06/2020 | $934.00 | 26632099326 | 10/06/2020 | $1,000.00 | 26632099315 |
| 10/30/2020 | $1,000.00 | 27016404355 | 10/30/2020 | $934.00 | 27016404366 |
| 11/10/2020 | $934.00 | 26912030848 | 11/10/2020 | $1,000.00 | 26912030837 |
| 01/11/2021 | $1,000.00 | 26912047713 | 01/11/2021 | $934.00 | 26912047724 |

**Total Receipts: $32,743.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $32,743.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MTGLQ INVESTORS LP | | | | | | |
| | 12/16/2019 | $1,800.68 | 839,114 | 01/13/2020 | $1,832.90 | 840,991 |
| | 03/16/2020 | $1,832.90 | 844,738 | 04/20/2020 | $1,832.90 | 846,684 |
| | 05/18/2020 | $1,740.10 | 848,616 | 06/15/2020 | $3,480.20 | 850,290 |
| | 07/20/2020 | $1,788.44 | 852,068 | 08/17/2020 | $1,788.44 | 853,941 |
| | 09/21/2020 | $1,788.44 | 855,722 | 11/16/2020 | $3,576.87 | 859,413 |
| | 12/21/2020 | $1,788.44 | 861,209 | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 09/16/2019 | $1,824.44 | 833,943 | 10/21/2019 | $688.55 | 836,005 |
| | 11/18/2019 | $1,800.68 | 838,051 | | | |

**Chapter 13 Case # 19-22576**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WESTLAKE FINANCIAL SERVICES | 07/20/2020 | $5.36 | 853,386 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,199.40 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,182.75 | 100.00% | 1,182.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,061.99 | 100.00% | 0.00 | 6,061.99 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,453.13 | 100.00% | 0.00 | 3,453.13 |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 128.47 | 100.00% | 0.00 | 128.47 |
| 0011 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | SLOMIN'S | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 68,996.22 | 100.00% | 27,563.98 | 41,432.24 |
| 0030 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | STEWARD FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 19.84 | 100.00% | 5.36 | 14.48 |
| 0042 | AFFIRM INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0047 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0048 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 252.00 | 100.00% | 0.00 | 252.00 |
| 0049 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 287.00 | 100.00% | 0.00 | 287.00 |
| 0050 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 193.00 | 100.00% | 0.00 | 193.00 |
| 0051 | CAREPOINT HEALTH PHYSICAN GSHA | UNSECURED | 409.00 | 100.00% | 0.00 | 409.00 |

**Total Paid: $30,951.49**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $32,743.00   -   Paid to Claims: $27,569.34   -   Admin Costs Paid: $3,382.15   =   Funds on Hand: $1,791.51

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.