UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 19-22576-RG |
| | : | CHAPTER: 13 |
| Jacqueline Staton-Johnson | : | |
| aka Jacqueline Staton | : | **NOTICE OF APPEARANCE** |
| aka Jacqueline Johnson, | : | |
| | : | HON. JUDGE. Rosemary Gambardella |
| Debtor. | : | |

-------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: June 08, 2022
      Garden City, New York

                                          By: /s/Jonathan Schwalb
                                          Jonathan Schwalb, Esq.
                                          FRIEDMAN VARTOLO, LLP
                                          Attorneys for SN Servicing Corporation
                                          1325 Franklin Avenue, Suite 160
                                          Garden City, NY 11530
                                          T: (212) 471-5100
                                          F: (212) 471-5150

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Tiki Series IV Trust | Case No.: _____19-22576-RG_____<br><br>Chapter: _____13_____ |
| In Re:<br>Jacqueline Staton-Johnson aka Jacqueline Staton aka Jacqueline Johnson | Adv. No.: _____<br><br>Hearing Date: _____<br><br>Hon. Judge: <u>Rosemary Gambardella</u> |

## CERTIFICATION OF SERVICE

1. I, <u>Gloria Garcia</u> :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for <u>Jonathan Schwalb, Esq.</u>, who represents <u>U.S. Bank Trust National Association</u> in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On _____<u>June, 08, 2022</u>_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>June, 08, 2022</u>       /s/Quincy King_____
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jacqueline Staton-Johnson<br>aka Jacqueline Staton<br>aka Jacqueline Johnson<br>9 Cator Avenue<br>Jersey City, NJ 07305 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| David G. Beslow<br>Goldman & Beslow, LLC<br>7 Glenwood Avenue<br>Suite 311B<br>East Orange, NJ 07017 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |