| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on August 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Jacqueline Staton-Johnson* | |
| In Re:<br><br>**JACQUELINE STATON-JOHNSON,**<br><br>Debtor | Case No.: 19-22576<br><br>Chapter:   13<br><br>Judge:   RG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: August 8, 2022

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:       2
Debtor(s):  Jacqueline Staton-Johnson
Case No.:   19-22576/RG

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $1,700.00 for services rendered and expenses in the amount of $ 47.91  for a total of $1,747.91 of which $1,100.00 has already been received by said attorney and of which the balance of $647.91 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

  XX through the Chapter 13 Plan as an administrative priority

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $N/A for N/A months to allow for payment of the aforesaid fee.