| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Jacqueline Staton-Johnson* | Order Filed on August 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**JACQUELINE STATON-JOHNSON,**<br><br>Debtor | Case No.: 19-22576<br><br>Chapter:    13<br><br>Judge:    RG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

DATED: August 8, 2022

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page:          2
Debtor(s):     Jacqueline Staton-Johnson
Case No.:      19-22576/RG

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $1,700.00 for services rendered and expenses in the amount of $ 47.91 for a total of $1,747.91 of which $1,100.00 has already been received by said attorney and of which the balance of $647.91 shall be paid by the Chapter 13 Standing Trustee.  The allowance shall be payable:

    XX through the Chapter 13 Plan as an administrative priority

    ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $N/A for N/A months to allow for payment of the aforesaid fee.

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-22576-RG

Jacqueline Staton-Johnson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2

Date Rcvd: Aug 08, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Staton-Johnson, 9 Cator Avenue, Jersey City, NJ 07305-4739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:

**Name**     **Email Address**

Clifford B. Frish
   on behalf of Debtor Jacqueline Staton-Johnson yrodriguez@goldmanlaw.org
   cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

David G. Beslow
   on behalf of Debtor Jacqueline Staton-Johnson yrodriguez@goldmanlaw.org
   yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Jennifer D. Gould
   on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com

Jonathan C. Schwalb
   on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor MTGLQ Investors L.P. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Mark Goldman

    on behalf of Debtor Jacqueline Staton-Johnson yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Shauna M Deluca

    on behalf of Creditor MTGLQ Investors L.P. sdeluca@hasbanilight.com  hllawpc@gmail.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9