| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>     JACQUELINE STATON-JOHNSON |

Order Filed on October 19, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-22576 RG

Hearing Date:  10/19/2022

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 19, 2022**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): JACQUELINE STATON-JOHNSON

Case No.: 19-22576

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/19/2022 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments through October 2022 to the Trustee's office by 10/31/2022 or the case will be dismissed upon certification of the Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney.