Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22576−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jacqueline Staton−Johnson
aka Jacqueline Staton, aka Jacqueline
Johnson
9 Cator Avenue
Jersey City, NJ 07305

Social Security No.:
xxx−xx−7835

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/21/22 at 10:00 AM

to consider and act upon the following:

*88* − Certification in Opposition to (related document:86 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/16/2022. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Jacqueline Staton−Johnson. (Beslow, David)

Dated: 11/16/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court