Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2023

**Chapter 13 Case # 19-22576**

Re:  JACQUELINE STATON-JOHNSON  
9 CATOR AVENUE  
JERSEY CITY, NJ  07305

Atty:  GOLDMAN & BESLOW, LLC  
ATTORNEYS AT LAW  
7 GLENWOOD AVE, SUITE 311B  
EAST ORANGE, NJ  07017

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/07/2019 | $1,000.00 | 26077663326 | 08/07/2019 | $901.00 | 26077663337 |
| 09/16/2019 | $1,000.00 | 26061473801 | 09/16/2019 | $900.00 | 26061473812 |
| 10/09/2019 | $900.00 | 26084420673 | 10/09/2019 | $1,000.00 | 26084420662 |
| 11/20/2019 | $1,000.00 | 26139916697 | 11/20/2019 | $900.00 | 26139916708 |
| 12/24/2019 | $934.00 | 26437556237 | 12/24/2019 | $1,000.00 | 26437556226 |
| 02/05/2020 | $1,000.00 | 26139969516 | 02/05/2020 | $934.00 | 26139969527 |
| 03/06/2020 | $1,000.00 | 26448685514 | 03/06/2020 | $934.00 | 26448685525 |
| 04/14/2020 | $1,000.00 | 26470922354 | 04/14/2020 | $934.00 | 26470922365 |
| 05/19/2020 | $934.00 | 26470954438 | 05/19/2020 | $1,000.00 | 26470954427 |
| 05/20/2020 | $1,000.00 | 26553198622 | 05/20/2020 | $934.00 | 26553198633 |
| 06/15/2020 | $934.00 | 26553173657 | 06/15/2020 | $1,000.00 | 26553173646 |
| 07/24/2020 | $1,000.00 | 26470958894 | 07/24/2020 | $934.00 | 26470958905 |
| 08/28/2020 | $934.00 | 26951000624 | 08/28/2020 | $1,000.00 | 26951000635 |
| 10/06/2020 | $934.00 | 26632099326 | 10/06/2020 | $1,000.00 | 26632099315 |
| 10/30/2020 | $1,000.00 | 27016404355 | 10/30/2020 | $934.00 | 27016404366 |
| 11/10/2020 | $934.00 | 26912030848 | 11/10/2020 | $1,000.00 | 26912030837 |
| 01/11/2021 | $1,000.00 | 26912047713 | 01/11/2021 | $934.00 | 26912047724 |
| 01/25/2021 | $934.00 | 27060150723 | 01/25/2021 | $1,000.00 | 27060150712 |
| 02/17/2021 | $1,000.00 | 27016489888 | 02/17/2021 | $934.00 | 27016489890 |
| 03/17/2021 | $1,000.00 | 27016474162 | 03/17/2021 | $934.00 | 27016474173 |
| 04/21/2021 | $1,000.00 | 26813313630 | 04/21/2021 | $934.00 | 26813313641 |
| 05/18/2021 | $1,000.00 | 27235360102 | 05/18/2021 | $934.00 | 27235360113 |
| 06/22/2021 | $934.00 | 27235370733 | 06/22/2021 | $1,000.00 | 27235370722 |
| 07/16/2021 | $934.00 | 27467323154 | 07/16/2021 | $1,000.00 | 27467323143 |
| 08/18/2021 | $1,000.00 | 27677923953 | 08/18/2021 | $934.00 | 27677923964 |
| 10/08/2021 | $1,000.00 | 26775641880 | 10/08/2021 | $934.00 | 26775641891 |
| 10/19/2021 | $934.00 | 27677969335 | 10/19/2021 | $1,000.00 | 27677969324 |
| 11/19/2021 | $1,000.00 | 27728414381 | 11/19/2021 | $934.00 | 27728414392 |
| 01/05/2022 | $934.00 | 27728436497 | 01/05/2022 | $1,000.00 | 27728436508 |
| 02/11/2022 | $934.00 | 27235395674 | 02/11/2022 | $1,000.00 | 27235395663 |
| 03/08/2022 | $934.00 | 27632290083 | 03/08/2022 | $1,000.00 | 27632290072 |

**Chapter 13 Case # 19-22576**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/17/2022 | $1,000.00 | 27938762425 | 03/17/2022 | $934.00 | 27938762414 |
| 05/04/2022 | $934.00 | 27938769570 | 05/04/2022 | $1,000.00 | 27938769568 |
| 06/07/2022 | $1,000.00 | 27632290498 | 06/07/2022 | $934.00 | 27632290500 |
| 07/06/2022 | $934.00 | 27838835144 | 07/06/2022 | $1,000.00 | 27838835133 |
| 09/06/2022 | $934.00 | 27849046408 | 09/06/2022 | $1,000.00 | 27849046397 |
| 09/06/2022 | $934.00 | 28298613328 | 09/06/2022 | $1,000.00 | 28298613317 |
| 11/07/2022 | $1,000.00 | 28046448336 | 11/07/2022 | $1,000.00 | 28046448358 |
| 11/07/2022 | $934.00 | 28046448360 | 11/07/2022 | $934.00 | 28046448347 |
| 11/08/2022 | $934.00 | 28298680244 | 11/08/2022 | $1,000.00 | 28298680233 |
| 01/04/2023 | $1,000.00 | 28526740323 | 01/04/2023 | $934.00 | 28526740334 |
| 02/28/2023 | $934.00 | 28540591964 | 02/28/2023 | $1,000.00 | 28540591953 |
| 03/07/2023 | $934.00 | 28451965004 | 03/07/2023 | $1,000.00 | 28451945992 |
| 04/10/2023 | $1,000.00 | 28046482841 | 04/10/2023 | $934.00 | 28046482852 |
| 06/09/2023 | $934.00 | 28451980258 | 06/09/2023 | $1,000.00 | 28451980247 |

**Total Receipts: $86,895.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $86,895.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,071.37 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 1,830.66 | 100.00% | 1,830.66 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | AFFIRM INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 6,061.99 | 100.00% | 5,153.65 | 908.34 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,453.13 | 100.00% | 2,935.71 | 517.42 |
| 0008 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 128.47 | 100.00% | 109.22 | 19.25 |
| 0011 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | COMENITYBANK/NEW YORK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | DEPTARTMENT STORE NATIONAL BANK/ | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | SALLIE MAE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | SLOMIN'S | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | US BANK TRUST NA | MORTGAGE ARRE | 68,996.22 | 100.00% | 68,996.22 | 0.00 |
| 0030 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | STERLING JEWELERS, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | STEWARD FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0034 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | WESTLAKE FINANCIAL SERVICES | VEHICLE SECURE | 19.84 | 100.00% | 19.84 | 0.00 |
| 0042 | AFFIRM INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0047 | DEPARTMENT OF EDUCATION/NELNET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0048 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 252.00 | 100.00% | 214.24 | 37.76 |
| 0049 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 287.00 | 100.00% | 244.00 | 43.00 |
| 0050 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 193.00 | 100.00% | 164.08 | 28.92 |
| 0051 | CAREPOINT HEALTH PHYSICAN GSHA | UNSECURED | 409.00 | 100.00% | 347.72 | 61.28 |

**Total Paid: $85,086.71**
See Summary

Chapter 13 Case # 19-22576

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 12/12/2022 | $594.94 | 902366 | | 02/13/2023 | $585.19 | 905378 |
| | 04/17/2023 | $1,170.38 | 908577 | | 05/15/2023 | $585.20 | 910198 |
| CAREPOINT HEALTH PHYSICAN CHMG | | | | | | | |
| | 12/12/2022 | $43.42 | 901882 | | 12/12/2022 | $33.25 | 901882 |
| | 12/12/2022 | $49.45 | 901882 | | 02/13/2023 | $48.63 | 904877 |
| | 02/13/2023 | $32.71 | 904877 | | 02/13/2023 | $42.70 | 904877 |
| | 04/17/2023 | $85.41 | 908059 | | 04/17/2023 | $65.42 | 908059 |
| | 04/17/2023 | $97.28 | 908059 | | 05/15/2023 | $48.64 | 909732 |
| | 05/15/2023 | $32.70 | 909732 | | 05/15/2023 | $42.71 | 909732 |
| CAREPOINT HEALTH PHYSICAN GSHA | | | | | | | |
| | 12/12/2022 | $70.47 | 901870 | | 02/13/2023 | $69.31 | 904865 |
| | 04/17/2023 | $138.62 | 908046 | | 05/15/2023 | $69.32 | 909721 |
| MTGLQ INVESTORS LP | | | | | | | |
| | 12/16/2019 | $1,800.68 | 839114 | | 01/13/2020 | $1,832.90 | 840991 |
| | 03/16/2020 | $1,832.90 | 844738 | | 04/20/2020 | $1,832.90 | 846684 |
| | 05/18/2020 | $1,740.10 | 848616 | | 06/15/2020 | $3,480.20 | 850290 |
| | 07/20/2020 | $1,788.44 | 852068 | | 08/17/2020 | $1,788.44 | 853941 |
| | 09/21/2020 | $1,788.44 | 855722 | | 11/16/2020 | $3,576.87 | 859413 |
| | 12/21/2020 | $1,788.44 | 861209 | | 02/22/2021 | $3,576.87 | 864650 |
| | 03/15/2021 | $1,788.44 | 866553 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 12/12/2022 | $1,044.42 | 8003201 | | 12/12/2022 | $22.13 | 8003201 |
| | 02/13/2023 | $21.78 | 8003309 | | 02/13/2023 | $1,027.31 | 8003309 |
| | 04/17/2023 | $2,054.61 | 8003414 | | 04/17/2023 | $43.54 | 8003414 |
| | 05/15/2023 | $21.77 | 8003472 | | 05/15/2023 | $1,027.31 | 8003472 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 09/16/2019 | $1,824.44 | 833943 | | 10/21/2019 | $688.55 | 836005 |
| | 11/18/2019 | $1,800.68 | 838051 | | | | |
| US BANK TRUST NA | | | | | | | |
| | 04/19/2021 | $1,788.44 | 868001 | | 05/17/2021 | $1,788.44 | 869945 |
| | 06/21/2021 | $1,817.44 | 871706 | | 07/19/2021 | $1,817.44 | 873558 |
| | 08/16/2021 | $1,817.44 | 875246 | | 09/20/2021 | $1,817.44 | 876968 |
| | 11/17/2021 | $3,673.54 | 880466 | | 12/13/2021 | $1,836.77 | 882113 |
| | 02/14/2022 | $1,836.77 | 885434 | | 03/14/2022 | $1,836.77 | 887161 |
| | 04/18/2022 | $3,731.54 | 888815 | | 06/20/2022 | $1,865.77 | 892234 |
| | 07/18/2022 | $1,865.77 | 893982 | | 08/15/2022 | $1,218.05 | 895552 |
| | 10/17/2022 | $3,731.54 | 898807 | | 12/12/2022 | $3,623.77 | 901960 |
| WESTLAKE FINANCIAL SERVICES | | | | | | | |
| | 07/20/2020 | $5.36 | 853386 | | 05/17/2021 | $5.12 | 871396 |
| | 04/18/2022 | $5.81 | 890327 | | 12/12/2022 | $3.55 | 903256 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: July 10, 2023.

Receipts: $86,895.00       -     Paid to Claims: $78,184.68     -     Admin Costs Paid: $6,902.03     =     Funds on Hand: $1,808.29

Unpaid Balance to Claims: $1,615.97      +      Unpaid Trustee Comp: $0.00            =      Total Unpaid Balance: **($192.32)

**NOTE:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.