Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19–22576–RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jacqueline Staton–Johnson
    aka Jacqueline Staton, aka Jacqueline
    Johnson
    9 Cator Avenue
    Jersey City, NJ 07305

Social Security No.:
    xxx–xx–7835

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

    TO: <u>Jacqueline Staton–Johnson</u>
          Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: August 1, 2023
JAN: smz

                                                                         <u>Jeanne Naughton, Clerk</u>