**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jacqueline Staton–Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7835<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   19–22576–RG

# Order of Discharge                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Jacqueline Staton–Johnson
> aka Jacqueline Staton, aka Jacqueline Johnson

9/11/23                                                                   **By the court:** Rosemary Gambardella
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Jacqueline Staton-Johnson  
    Debtor

Case No. 19-22576-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 11, 2023      Form ID: 3180W      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline Staton-Johnson, 9 Cator Avenue, Jersey City, NJ 07305-4739 |
| cr | + | Steward Financial Services, c/o Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| 518320244 | + | Barclays Bank c/o, Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518320243 | + | Barclays Bank c/o, Forster Garbus & Garbus, 500 Bi County Blvd., Ste. 350, Farmingdale, NY 11735-3996 |
| 518320250 | + | Capital One / Saks F, 3455 Highway 80 W, Jackson, MS 39209-7202 |
| 518320272 | + | MTGLQ Investors LP c/o, Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Ste. 900, Mount Laurel, NJ 08054-4318 |
| 518320275 | + | Slomin's, 125 Louman Lane, Hicksville, NY 11801-6539 |
| 518320276 | + | Slomin's Shield c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518320278 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 518420095 | + | Steward Financial Services, Attn: Jennifer D. Gould, Esq., Stark & Stark, P.C., P.O. Box 5315, Princeton, NJ 08543-5315 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Sep 11 2023 20:30:07 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLC, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 518320239 | + | Email/Text: backoffice@affirm.com | Sep 11 2023 20:48:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518320241 | + | Email/Text: backoffice@affirm.com | Sep 11 2023 20:48:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518320245 | + | EDI: TSYS2 | Sep 12 2023 00:21:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518320246 | + | EDI: TSYS2 | Sep 12 2023 00:21:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 518320248 | | EDI: CAPITALONE.COM | Sep 12 2023 00:21:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518320247 | + | EDI: CAPITALONE.COM | Sep 12 2023 00:21:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518320249 | + | EDI: CAPITALONE.COM | Sep 12 2023 00:21:00 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518392330 | + | EDI: AIS.COM | Sep 12 2023 00:21:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518444248 | + | Email/Text: bncmail@w-legal.com | | |

| Notice ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Sep 11 2023 20:48:00 | CarePoint Health - Physican CHMG, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518444289 | + Email/Text: bncmail@w-legal.com | Sep 11 2023 20:48:00 | CarePoint Health - Physican GSHA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518320252 | + EDI: WFNNB.COM | Sep 12 2023 00:21:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 518320251 | + EDI: WFNNB.COM | Sep 12 2023 00:21:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518320253 | EDI: WFNNB.COM | Sep 12 2023 00:21:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518320254 | + EDI: WFNNB.COM | Sep 12 2023 00:21:00 | Comenitybank/New York, Po Box 182789, Columbus, OH 43218-2789 |
| 518320265 | + EDI: CITICORP.COM | Sep 12 2023 00:21:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518320266 | + EDI: CITICORP.COM | Sep 12 2023 00:21:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518320255 | + Email/Text: electronicbkydocs@nelnet.net | Sep 11 2023 20:47:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518320260 | + Email/Text: electronicbkydocs@nelnet.net | Sep 11 2023 20:47:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518320267 | Email/Text: bankruptcycourts@equifax.com | Sep 11 2023 20:47:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518320268 | Email/Text: bankruptcycourts@equifax.com | Sep 11 2023 20:47:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 518320269 | ^ MEBN | Sep 11 2023 20:29:27 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 518320270 | ^ MEBN | Sep 11 2023 20:29:20 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 518320271 | EDI: IRS.COM | Sep 12 2023 00:21:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 518956122 | + Email/Text: RASEBN@raslg.com | Sep 11 2023 20:46:00 | MTGLQ Investors, L.P., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518440254 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 11 2023 20:47:00 | MTGLQ Investors, L.P., c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518583601 | Email/Text: mtgbk@shellpointmtg.com | Sep 11 2023 20:47:00 | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826, MTGLQ Investors, L.P. c/o Shellpoint Mor, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518583600 | Email/Text: mtgbk@shellpointmtg.com | Sep 11 2023 20:47:00 | MTGLQ Investors, L.P. c/o Shellpoint Mortgage Serv, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518320273 | + EDI: NAVIENTFKASMSERV.COM | Sep 12 2023 00:21:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518320274 | ^ MEBN | Sep 11 2023 20:30:16 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 518444970 | EDI: PRA.COM | Sep 12 2023 00:21:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518444217 | EDI: PRA.COM | Sep 12 2023 00:21:00 | Portfolio Recovery Associates, LLC, c/o Saks Fifth Avenue, POB 41067, Norfolk VA 23541 |
| 518407745 | EDI: SALLIEMAEBANK.COM | Sep 12 2023 00:21:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE |

Case 19-22576-RG  Doc 115  Filed 09/13/23  Entered 09/14/23 00:14:40  Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: 3180W | Total Noticed: 58 |

| Recip ID | Notice Type | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19804-4319 |
| 518320277 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 11 2023 20:47:00 | Specialized Loan Servicing, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 518320279 | + | Email/Text: bankruptcy@signetjewelers.com | Sep 11 2023 20:47:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 518320280 | + | Email/Text: BKRMailOPS@weltman.com | Sep 11 2023 20:47:00 | Sterling Jewelers, Inc., 375 Ghent Rd, Akron, OH 44333-4600 |
| 518320281 | + | Email/Text: jchrist@stewardfs.com | Sep 11 2023 20:48:00 | Steward Financial Svcs, Po Box 39, Maple Shade, NJ 08052-0039 |
| 518320282 | + | EDI: RMSC.COM | Sep 12 2023 00:21:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518320283 | + | EDI: RMSC.COM | Sep 12 2023 00:21:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518320284 | ^ | MEBN | Sep 11 2023 20:29:21 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518320285 | ^ | MEBN | Sep 11 2023 20:28:48 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519145474 | ^ | MEBN | Sep 11 2023 20:29:36 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 519145475 | ^ | MEBN | Sep 11 2023 20:29:34 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association, et, c/o SN Servicing Corporation 95501-0305 |
| 518345561 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 11 2023 20:47:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 518320286 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 11 2023 20:47:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 518320287 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Sep 11 2023 20:47:00 | Westlake Financial Services, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518320240 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518320242 | *+ | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 518320256 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518320257 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518320258 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518320259 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518320261 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518320262 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518320263 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518320264 | *+ | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 19-22576-RG    Doc 115    Filed 09/13/23    Entered 09/14/23 00:14:40    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: 3180W | Total Noticed: 58 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

**Name**           **Email Address**

Charles G. Wohlrab
   on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Clifford B. Frish
   on behalf of Debtor Jacqueline Staton-Johnson yrodriguez@goldmanlaw.org cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com

David Coats
   on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust dcoats@ghidottiberger.com

David G. Beslow
   on behalf of Debtor Jacqueline Staton-Johnson yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Jennifer D. Gould
   on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com

Jonathan C. Schwalb
   on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Tiki Series IV Trust bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com

Kevin Gordon McDonald
   on behalf of Creditor MTGLQ Investors L.P. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Marie-Ann Greenberg
   on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Mark Goldman
   on behalf of Debtor Jacqueline Staton-Johnson yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Shauna M Deluca
   on behalf of Creditor MTGLQ Investors L.P. sdeluca@hasbanilight.com  hllawpc@gmail.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12